# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Siamak Loghmani,** | : | |
| | : | **Case No. 11-14389-BFK** |
| | : | **Chapter 11** |
| **Debtor in Possession** | : | |
| | : | |

### ORDER

WHEREAS Aurora Loan Services/Deutsche Bank approved the Debtor for a loan modification on his residence;

WHEREAS the Debtor filed and served a Motion and Notice of Hearing for the court to approve the loan modification; and

WHEREAS no objection has been filed or noted and it otherwise appears just and proper to do so;

NOW THEREFORE ADJUDGED ORDERED AND DECREED that the loan modification between the Debtor and Aurora/Deutsche Bank is hereby APPROVED.

DATED: _____

                                              Judge Brian F. Kenney

Entered on Docket: _____

I ASK FOR THIS:

_/s/ Alfred P. Boland_____
Alfred P. Boland, VSB #31037
Counsel to Debtor
4000 Legato Road, Suite 1100
Fairfax, Virginia  22033
(703) 896-7678 (office)

## CERTIFICATE OF SERVICE

       I hereby certify that a true copy of the foregoing proposed Order was sent by electronic mail to Jack Frankel, Esquire, Trial Attorney, U.S. Trustee's Office, Trustee, and to Stephen Sherman, Esquire, Counsel to Aurora/Deutsche Bank on the 18th day of July, 2012.

                                             _/s/ Alfred P. Boland___
                                             Alfred P. Boland