Form B15
(Rev. 12/01)

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Siamak Loghmani,** | : | |
| | : | Case No. 11-14389-BFK |
| | : | **Chapter 11** |
| **Debtor in Possession** | : | |
| Address:  4801 Christie Jane Lane | : | |
| Fairfax, VA 22030-8277 | : | |
| SSN: -2986 | : | |

**ORDER CONDITIONALLY CONFIRMING PLAN**

The plan under chapter 11 of the Bankruptcy Code filed by Siamak Loghmani  on

February 18, 2013____, having been transmitted to creditors and equity security holders; and

It having been determined after hearing on notice that the requirements for confirmation set forth

in 11 U.S.C. § 1129(a) have been satisfied;

IT IS ORDERED that:

The plan filed by Siamak Loghmani on February 18, 2013 is conditionally confirmed upon the

Debtor-in-possession, Siamak Loghmani showing substantial consummation of Plan, as defined

under 11 U.S.C. § 1101(2).  It is further ordered that a status conference will be held on August 20,

2013 at 11:00 to determine if the debtor has substantially consummated the Plan.

A copy of the confirmed plan is attached.

Dated: May 16 2013

BY THE COURT

/s/ Brian F. Kenney
*United States Bankruptcy Judge.*

Entered on Docket: May 17, 2013

| I ASK FOR THIS: | SEEN AND NO OBJECTION: |
|---|---|
| /s/ Alfred P. Boland | /s/ Jack Frankel |
| Alfred P. Boland, VSB #31037 | Jack Frankel, Attorney |
| Counsel to Debtor | Office of United States Trustee |
| 4000 Legato Road, Suite 1100 | 115 South Union Street |
| Fairfax, VA 22033 | Alexandria, VA 22314 |
| (703) 896-7678 | (703) 557-7229 |
| Email: apboland@yahoo.com | |