**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In re: ) | |
| ) | |
| SIAMAK LOGHMANI ) | Case No. 11-14389-BFK |
| ) | Chapter 11 |
| Debtor ) | |

**ORDER VACATING ORDER OF CONFIRMATION AND**
**REQUIRING FILING OF AMENDED DISCLOSURE STATEMENT**

The Court held a hearing on May 23, 2014, on the Debtor's Amended Chapter 11 Plan. Docket No. 140. For the reasons stated on the record, it is

**ORDERED:**

1. The Court's Order Conditionally Confirming the Debtor's Plan (Docket No. 126), entered on May 17, 2013, is VACATED.

2. Counsel for the Debtor shall file an amended disclosure statement by Friday, May 30, 2014, and set it for a hearing on **Tuesday, June 17, 2014, at 11:00 a.m.** Any objections to the amended disclosure statement shall be filed by Friday, June 13, 2014.

3. The Clerk shall mail a copy of this Order, or provide electronic notice of its entry, ot the parties listed below.

Date: May 28 2014                              /s/ Brian F. Kenney
                                                Brian F. Kenney
Alexandria, Virginia                            United States Bankruptcy Judge

Entered on Docket: May 28, 2014
Copies to:

Siamak Loghmani
4801 Christie Jane Lane
Fairfax, VA 22030

Debtor

Alfred Patrick Boland, Esquire
Alfred P. Boland, Attorney at Law
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Counsel for the Debtor

Jack Frankel, Esquire
Office of the United States Trustee
115 South Union Street, Room 210
Alexandria, VA 22314